THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN NIEVES-ANDINO, Appellant.

Submitted October 2, 2006; decided October 17, 2006

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

LINDA A. STARK, ESQ., Respondent, v MOLOD SPITZ DeSANTIS & STARK, P.C., et al., Appellants.

Submitted July 17, 2006; decided October 17, 2006

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied appellants' motion to compel arbitration and granted respondent's motion to stay arbitration, granted; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the Appellate Division order does not finally determine an action or proceeding within the meaning of the Constitution.

LORIMER P. BROOKS, Appellant, v HAROLD HAIDT et al., Respondents.

Submitted August 7, 2006; decided October 19, 2006

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to vacate, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.